THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BROOKS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED BROOKS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendants (one justice dissenting) of a violation of section 422 of the Penal Law, unanimously

affirmed. No question was raised as to the good faith of the defendants; but relief should be secured from the Legislature. The language of the statute is too plain for any strained construction. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.